**Order entered June 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01532-CV

**IN RE THOMPSON PETROLEUM CORPORATION, AND J. CLEO THOMPSON AND JAMES C. THOMPSON, JR., L.P., Relators**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00644**

## ORDER
Before Justices Schenck, Pedersen, and Reichek

Based on the Court's opinion of this date, we **DENY** relators' amended petition for writ of mandamus.


/s/     DAVID J. SCHENCK
         JUSTICE